UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHGAN
SOUTHERN DIVISION

| | |
|---|---|
| Stacey Edman,<br><br>    Plaintiff,<br><br>v.<br><br>Apex Financial Management, LLC,<br><br>    Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a natural person who resided in Manchester, Michigan at all times relevant to this action.

3. Defendant is an Illinois limited liability company that maintained its principal place of business in Buffalo Grove, IL at all times relevant to this action.

4. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

5. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5), which was allegedly owed to Equable Ascent Financial, LLC.

6. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

7. On or around April 21, 2010, Defendant's employee delivered a letter to Plaintiff's employer via facsimile.

8. Defendant's company name and address is clearly visible on the upper left portion of the letter.

9. The letter's salutation is "Dear Employer:"

10. The letter identifies Plaintiff's name and redacted social security number and asks Plaintiff's employer to answer whether or not Plaintiff is employed.

11. On or around Mary 28, 2010, Defendant telephoned Plaintiff at Plaintiff's place of employment in connection with the collection of the debt.

12. During this communication, Plaintiff informed Defendant that she was unable to speak to Defendant about the debt while she was at work as such calls were extremely inconvenient for her.

13. Despite this notice, Defendant telephoned Plaintiff at her place of employment in connection with the collection of the debt on several occasions thereafter.

14. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. Defendant violated 15 U.S.C. §1692b(1) by identifying its company name in a communication to Plaintiff's employer.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. Defendant violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff at a time or place known to be inconvenient for Plaintiff.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection with the collection of the debt.

## JURY DEMAND

21. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

22. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
Attorneys for Plaintiff

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone:  312-753-7576
    Fax: 312-822-1064
    Email:  tjs@legalhelpers.com

    s/ with consent of Lori A. Leigh
    Lori A. Leigh
    17117 W. Nine Mile, Suite 1020
    Southfield, MI 48075
    Telephone: 866-339-1156
    Fax: 248-569-3874
    Email: lal@legalhelpers.com
    Bar # P65423 (Local Counsel)